# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| JURASSIC SEISMIC COMPANY | PLAINTIFF |
| vs. | CIVIL ACTION NO. 3:05cv682 HTW-LRA |
| JOHN P. ADCOCK, JR., et al. | DEFENDANTS |

*CONSOLIDATED WITH*

| | |
|---|---|
| JURASSIC SEISMIC COMPANY | PLAINTIFF |
| vs. | CIVIL ACTION NO. 3:06cv51 HTW-LRA |
| W. B. COCKRELL, ET AL. | DEFENDANTS |

*CONSOLIDATED WITH*

| | |
|---|---|
| JURASSIC SEISMIC COMPANY | PLAINTIFF |
| vs. | CIVIL ACTION NO. 3:06cv171 HTW-LRA |
| HAROLD ADAMS, ET AL. | DEFENDANTS |

*CONSOLIDATED WITH*

| | |
|---|---|
| JURASSIC SEISMIC COMPANY | PLAINTIFF |
| vs. | CIVIL ACTION NO. 3:06cv00367-HTW-LRA |
| ANTHONY SMITH | DEFENDANT |

## AGREED JUDGMENT OF DISMISSAL
## OF DEFENDANT ANTHONY SMITH

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of Plaintiff Jurassic Seismic Company and Defendant Anthony Smith, for entry of judgment dismissing any claims of Jurassic Seismic Company against Anthony Smith, with prejudice, and dismissing any claims of Anthony Smith against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, on the basis that said parties have reached a settlement of this matter by and through undersigned counsel, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against Anthony Smith be and they are hereby dismissed, with prejudice, and that all claims of Anthony Smith against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)

Attorney for Jurassic Seismic Company


_____
Eugene C. Tullos
Post Office Box 74
Raleigh, Mississippi 39153
(601) 782-4242

Attorney for Anthony Smith